IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DeBorah Evans, | ) |
| | ) Case No. 5:17-cv-12954-GAD-MKM |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT AND** |
| v. | ) **REQUEST FOR EXTENSION** |
| | ) |
| Ashro, Inc., Monroe & Main, Inc., and Montgomery Ward, Inc. | ) |
| | ) |
| Defendants. | ) |

Notice is hereby given that all parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed. Plaintiff has now reached a settlement with all Defendants in this matter. As all Defendants are affiliated and represented by the same counsel, the parties have been working on finalizing terms for all parties, including Ashro, Inc. Therefore, Plaintiff further requests an extension of time to complete the dismissal paperwork as to Defendant Ashro, Inc. to coincide with the other two Defendants.

Dated: February 12, 2018

                                            Respectfully submitted,

                                            s/Joseph Panvini
                                            Joseph Panvini
                                            Thompson Consumer Law Group, PLLC
                                            5235 E. Southern Ave. D106-618

1

                            Mesa, AZ 85206
                            Telephone: (602) 388-8875
                            Facsimile: (866) 317-2674
                            jpanvini@consumerlawinfo.com
                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

     I certify that on February 12, 2018, Plaintiff's Notice of Settlement was filed using the CM/ECF system of the Court which will send notification of such filing to counsel of record as follows:

Christopher R. Murphy
Reed Smith, LLP
10 S. Wacker Dr. 40th Floor
Chicago, IL 60606
CRMurphy@reedsmith.com

                            s/ Joseph Panvini
                            Joseph Panvini