IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DeBorah Evans, | ) |
| | ) Case No. 5:17-cv-12954-GAD-MKM |
| Plaintiff, | ) |
| | ) **JOINT STIPULATION FOR** |
| v. | ) **VOLUNTARY DISMISSAL WITH** |
| | ) **PREJUDICE** |
| Ashro, Inc., Monroe & Main, Inc., and | ) |
| Montgomery Ward, Inc. | ) |
| | ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 16, 2018

Respectfully submitted,

| | |
|---|---|
| s/Joseph Panvini | s/Amy Sabbota Gottlieb |
| Joseph Panvini | Amy Sabbota Gottlieb |
| Thompson Consumer Law Group, PLLC | Dickinson Wright PLLC |
| 5235 E. Southern Ave. D106-618 | 2600 W. Big Beaver Rd. Ste. 300 |
| Mesa, AZ 85206 | Troy, MI 48070 |
| Telephone: (602) 388-8875 | Telephone: (248) 433-7286 |
| Facsimile: (866) 317-2674 | agottlieb@dickinson-wright.com |
| jpanvini@consumerlawinfo.com | |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I certify that on February 16, 2018, the foregoing document was filed using the CM/ECF system of the Court which will send notification of such filing to counsel of record as follows:

Amy Sabbota Gottlieb
Dickinson Wright, PLLC
500 Woodward Ave. Ste. 4000
Detroit, MI 48226
agottlieb@dickinson-wright.com

Christopher R. Murphy
Reed Smith, LLP
10 S. Wacker Dr. 40th Floor
Chicago, IL 60606
CRMurphy@reedsmith.com

                                              s/ Joseph Panvini
                                              Joseph Panvini